UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ -X

RONALD A. DARBY, individually and derivatively on  :     07 CIV. 10645 (DLC) (FM)*
behalf of R.S.V.P. RECORDS, INC.,

                 Plaintiff,

       -v-

EDWARD GITKIND, ESTATE OF BETTY SPREBER,
SID TUREFF, MARK A. BOGART, and MARY
NANCOZ,

                 Defendants.

------------------------------------------------------------ -X

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-08
```

DENISE COTE, District Judge:

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute*

_____

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
             April 15, 2008

                                         _/s/ Denise Cote_
                                         DENISE COTE
                                         United States District Judge