20071130171038

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 07 CV 10645                                    Date Filed: 11/28/2007

Plaintiff:
**RONALD DARBY,**

vs.

Defendant:
**EDWARD GITKIND, ESTATE OF BETTY SPERBER, SID TUREFF, et al.,**

For:
Thomas S. Doerr
RAMSEY BERMAN, P.C.

Received by GUARANTEED SUBPOENA SERVICE, INC on the 8th day of January, 2008 at 2:01 pm to be served on SID TUREFF, 2 VALLEY VISTA DRIVE, ASHEVILLE, NC 28804.

I, Steven L. Silver, being duly sworn, depose and say that on the 23rd day of January, 2008 at 2:20 pm, I:

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL CASE & COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CATE TUREFF** as **SPOUSE** at the address of: **2 VALLE VISTA DRIVE, ASHEVILLE, NC 28804**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/16/2008  3:08 pm   ATTEMPTED: 1/8/08 @ 3:05PM-front door wide open, no one answered. ATTEMPTED: 1/9/08 @ 5:40PM-inside house lights on, no answer. ATTEMPTED: 1/12/08 @ 7:05PM-no answer at door, no cars in drive way. ATTEMPTED: 1/16/08 @ 10:25AM-no one home. EACH AND EVERY TIME I WAS THERE, I WAS UNABLE TO CONFIRM SID TUREFF LIVES HERE. RESIDENT AT GIVEN ADDRESS IS UNKNOWN BY 2 NEIGHBORS.

I certify that I am over the age of 18 and have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Subscribed and Sworn to before me on the 23rd day
of January, 2008 by the affiant who is personally
known to me.

NOTARY PUBLIC

Steven L. Silver
Process Server

GUARANTEED SUBPOENA SERVICE, INC
2009 Morris Ave
Union, NJ 07083
(800) 672-1952

Our Job Serial Number: 2008000008
Ref: 20071130171038

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c

R R