11/30/2007 19:30 FAX 908 687 0573       CONSTABLES OFFICE OF NJ       ☒002/027

2007115017061

AO 440 (Rev. 10/93) Summons in a Civil Action      **RETURN OF SERVICE**

SERVICE OF:     SUMMONS, COMPLAINT,
EFFECTED (1) BY ME:     OUT OF STATE
TITLE:     PROCESS SERVER           DATE: December 10, 2007
Process Server

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

ESTATE OF BETTY SPERBER C/O MARK A. SPERBER

Place where served:

28 Timberly Dr. Lake Charles, LA 70605

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M   AGE: 45   HEIGHT: 6'0"   WEIGHT: 175   SKIN: ___   HAIR: ___   OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____      SERVICES $ _____      TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 12 / 10 / 20 07      _[signature]_ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:     THOMAS S. DOERR, ESQ.
PLAINTIFF:     RONALD DARBY, ET AL
DEFENDANT:     EDWARD GITKIND, ET AL
VENUE:     SOUTHERN DISTRICT OF NEW YORK
DOCKET:     07 CV 10645

[notary seal: THOMAS J. CASHIO — ID NO. ... NOTARY PUBLIC LIFE COMMISSION]   4/17/08

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.