USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD A. DARBY, individually
and derivatively on behalf of R.S.V.P.
RECORDS, INC.,

                      Plaintiffs,

vs.

EDWARD GITKIND; ESTATE OF
BETTY SPREBER, SID TUREFF,
MARK A. BOGART, MARY NANCOZ,

                      Defendants.

1:07-Civ.-10645 (DLC)

**ORDER TO SHOW CAUSE
FOR DEFAULT JUDGMENT
AGAINST DEFENDANT SID TUREFF**

---

THIS MATTER having come before the Court upon Plaintiff's application for an Order to Show Cause for Default Judgment deeming the defendant to have no interest in R.S.V.P. Records, Inc., R.S.V.P. Music, Inc., and any rights to any authorship, recordings or performances of the song "Station Break" or any other songs recorded in June of 1966 by Jimi (a/k/a Jimmy) Hendrix at the Allegro Sound Studio, in New York City, and it appearing that the defendant having been properly served and having failed to file an answer in response to the complaint,

IT IS on this 22d day of April, 2008,

ORDERED THAT the defendant appear on May 9, 2008 at 12:00 p.m. at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 11B, New York, New York 10007 before the Honorable Denise Cote, U.S.D.J. and show cause as to why judgment should not be entered against the defendant deeming the defendant to have no interest in R.S.V.P. Records, Inc., R.S.V.P. Music, Inc., and any rights to any authorship,

recordings or performances of the song "Station Break" or any other songs recorded in June of 1966 by Jimi (a/k/a Jimmy) Hendrix at the Allegro Sound Studio, in New York City; and

IT IS FURTHER ORDERED that if the defendant should fail to appear, this Court shall deem the plaintiff's application for a final judgment of default to be uncontested and shall enter any order that it deems appropriate, including the entry of an order granting the plaintiff a final default judgment against the defendant; and

IT IS FURTHER ORDERED that if the defendant intends to file any papers in opposition to this Order to Show Cause the defendant shall serve such papers on the Court and upon counsel for the plaintiff by *May 2, 2008*.

_____
Hon. Denise L. Cote, U.S.D.J.

It is further Ordered that plaintiff shall serve this Order by April 25, 2008 by express mail or certified mail — defendant Turell.

Denise Cote
April 22, 2008