UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD A. DARBY, individually
and derivatively on behalf of R.S.V.P.
RECORDS, INC.,

               Plaintiffs,

vs.

EDWARD GITKIND; ESTATE OF
BETTY SPREBER, SID TUREFF,
MARK A. BOGART, MARY NANCOZ,

               Defendants.

1:07-Civ.-10645 (DLC)

**AFFIDAVIT OF SERVICE
OF PAPERS ON DEFENDANT SID TUREFF**

---

I, Thomas S. Doerr, Esq., declare under penalty of perjury that I have served a copy of the following documents upon the defendant Sid Tureff whose address is 2 Valley Vista Drive, Asheville, NC 28804 by overnight mail (UPS) on April 23, 2008:

1. Order to Show cause for Default Judgment Against Defendant Sid Tureff dated April 22, 2008;

2. Attorney Affidavit in Support of Order to Show Cause for Default Judgment Against Defendant, Sid Tureff;

3. Clerk's Certificate;

4. Proposed Default Judgment Against Defendant Sid Tureff;

5. Affidavit of Service; and

6. Complaint and Civil Cover Sheet.

Dated: Morristown, New Jersey
       May 8, 2008

                                      Thomas S. Doerr, Esq.
                                      Berman, Sauter, Record & Jardim
                                      222 Ridgedale Avenue
                                      Morristown, New Jersey 07962
                                      (973) 267-9600

Sworn & subscribed to
before me on May 8th, 2008

ANDREA G. PEOKHOLDT
A NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES MAY 1, 2011



**Berman
Sauter
Record &
Jardim** PC

EDWARD A. BERMAN[1]
KENNETH R. SAUTER
CAROLINE RECORD[2]
THOMAS C. JARDIM[3]
ANDREW R. JACOBS[4]
THOMAS S. DOERR
KAREN WACHS[5]
KATHERINE L. MIKALAINIS
ALYSON E. GALUSHA
JONATHAN I. DORMAN

OF COUNSEL
ALVIN D. HERSH
JAY A. SOLED[1]
GEORGE A. FISZER[1]
GERALD J. BETZNER
KYLE G. SCHWARTZ[6]

[1] NJ & NY
[2] NJ, NY & DC
[3] NJ, NY & CT
[4] NJ, NY, PA & DC
[5] NJ, PA & DC
[6] NJ & PA

MORRISTOWN MAILING
ADDRESS:
POST OFFICE BOX 2249
MORRISTOWN, NJ 07962
(973) 267-9800
FAX (973) 984-1632
FAX (973) 984-1945 (R.E.)

MORRISTOWN DELIVERY
ADDRESS:
222 RIDGEDALE AVENUE
CEDAR KNOLLS, NJ 07927

WALL ADDRESS:
3350 ROUTE 138
BUILDING 2, SUITE 221
WALL, NJ 07719
(732) 280-1355

NEW YORK ADDRESS:
140 BROADWAY
46TH FLOOR
NEW YORK, NY 10005
(212) 208-1436

WEBSITE:
WWW.BSRJLAW.COM

April 23, 2008

*Via UPS Overnight Mail*

Mr. Sid Tureff
2 Valley Vista Drive
Asheville, NC 28804

    Re:    Darby v. Gitkind, et al.
           Civil Action No. 1:07-Civ.-10645 (DLC)

Dear Mr. Tureff:

Enclosed herewith and served upon you, please find copies of the following:

1. Order to Show cause for Default Judgment Against Defendant Sid Tureff dated April 22, 2008;

2. Attorney Affidavit in Support of Order to Show Cause for Default Judgment Against Defendant, Sid Tureff;

3. Clerk's Certificate;

4. Proposed Default Judgment Against Defendant Sid Tureff;

5. Affidavit of Service; and

6. Complaint and Civil Cover Sheet.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Thomas S. Doerr/nao

Thomas S. Doerr

TSD/nao
Enclosures
#234235 – Tureff letter service Order to Show Cause – DARBY-001

# UPS Next Day Air® / UPS Worldwide Express℠

## Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and UPS Tariff/Terms and Conditions.

**TRACKING NUMBER:** 1Z F05 34R 22 1007 3551

### 1. SHIPMENT FROM

- **SHIPPER'S UPS ACCOUNT NO.:** F0534R
- **REFERENCE NUMBER:** DARBY-001
- **NAME:** Thomas S. Doerr
- **TELEPHONE:** 973-267-9600
- **COMPANY:** BERMAN SAUTER RECORD & JARDIM
- **STREET ADDRESS:** 222 RIDGEDALE AVE 2ND FL
- **CITY AND STATE:** CEDAR KNOLLS
- **ZIP CODE:** NJ 07927-2110

### 2. EXTREMELY URGENT DELIVERY TO

- **NAME:** Sid Tureff
- **STREET ADDRESS:** 2 Valley Vista Drive
- **Residential Delivery:** X
- **CITY AND STATE:** Asheville, NC
- **ZIP CODE:** 28804

### 3. WEIGHT
Enter "LTR" if Letter: LTR

### 5. TYPE OF SERVICE
[X] NEXT DAY AIR

### 8. METHOD OF PAYMENT
[X] Bill Shipper's Account Number

### 10. SHIPPER'S SIGNATURE
X [signature]

**DATE OF SHIPMENT:** 4/23/08

0101911202609 1/07 S

SHIPPER'S COPY



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS United States**

Shipping | **Tracking** | Freight | Locations | Support | Business Solutions

### Tracking

**Track Shipments**
 Track by Reference
 Track by E-mail
 Signature Tracking
 Import Tracking Numbers
 Wireless Tracking
 Track with Quantum View
 Access Flex Global View
 Integrate Tracking Tools
 Void a Shipment
 Help

Log-In  User ID: [    ]  Password: [    ]  | Forgot Password          [Register]

## Track Shipments

Track Packages & Freight   Quantum View   Flex Global View

**Tracking Summary**                                                                    Printer Friendly | Help

| | |
|---|---|
| **Tracking Number:** | 1Z F05 34R 22 1007 355 1 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 04/24/2008 |
| | 10:01 A.M. |
| Delivered To: | ASHEVILLE, NC, US |
| Service: | NEXT DAY AIR |

Tracking results provided by UPS: 05/08/2008  2:09 P.M.  ET

Printer Friendly



Track UPS packages from your mobile device
Learn more about UPS Wireless

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Preferences | Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions