```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD A. DARBY, individually
and derivatively on behalf of R.S.V.P.
RECORDS, INC.,

                     Plaintiffs,

vs.

EDWARD GITKIND; ESTATE OF
BETTY SPREBER, SID TUREFF,
MARK A. BOGART, MARY NANCOZ,

                     Defendants.

1:07-Civ.-10645 (DLC)

**DEFAULT JUDGMENT
AGAINST DEFENDANT SID TUREFF**

---

THIS ACTION having been commenced on November 28, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant Sid Tureff, on January 23, 2008 by hand delivery upon his spouse Cate Tureff, and proof of service having been filed on April 18, 2008, and the defendant having not answered the complaint, the time for answering having expired, it is

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against the defendant for declaratory judgment that the defendant *Sid Tureff* has no interest in R.S.V.P. Records, Inc., ~~R.S.V.P. Music, Inc.~~, and any rights to any authorship, recordings or performances of the song "Station Break" or any other songs recorded in June of 1966 by Jimi (a/k/a Jimmy) Hendrix at the Allegro Sound Studio, in New York City.

Dated:   New York, New York
            May 9, 2008

                                        _____
                                        U.S.D.J.

                                        This document was entered on the
                                        docket on _____