```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
RONALD A. DARBY, individually and
derivatively on behalf of R.S.V.P            Docket No.: 07-CV-
RECORDS, INC.,                               10645

                        Plaintiff,           NOTICE OF
                                             APPEARANCE
          -against-

EDWARD GITKIND, ESTATE OF BETTY
SPREBER, SID TUREFF, MARK A.
BOGART, MARY NANCOZ,

                        Defendants.
------------------------------------------X
```

To:  The Honorable Judges of the United States District Court for

   The Southern District of New York

   PLEASE TAKE NOTICE, that BAUMAN, KUNKIS & OCASIO-DOUGLAS, P.C. has changed its name to BAUMAN & KUNKIS, P.C.

   PLEASE TAKE FURTHER NOTICE, that Randolph D. Janis, Esq., of the firm of BAUMAN & KUNKIS, P.C., is now the attorney handling the above set forth action at the firm of BAUMAN & KUNKIS, P.C. His email address is rjanis@bkodlaw.com.

   PLEASE TAKE FURTHER NOTICE, that all future inquiries, pleadings correspondence should be sent to the attention of Randolph D. Janis, Esq. at the office of Bauman & Kunkis, P.C., 14 Penn Plaza, Suite 2208, New York, New York 10122 and all notices should be electronically mailed to rjanis@bkodlaw.com.

Dated:   New York, New York
         June 17, 2008

                                Yours, etc.

                                BAUMAN & KUNKIS, P.C.

                                BY: _____
                                    RANDOLPH D. JANIS, ESQ. (RJ5583)
                                    Attorneys for Defendant
                                    EDWARD GITKIND
                                    14 Penn Plaza, Suite 2208
                                    New York, New York 10122
                                    (212) 564-3555

TO:
Ramsey Berman, P.C.
Attorneys for Plaintiff
RONALD A. DARBY
222 Ridgedale Avenue
P. O. Box 2249
Morristown, NJ 07962-2249

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK, COUNTY OF NEW YORK ss.:

    CATHY SCHAFFER, being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in Nassau in the State of New York.

    I served a true copy of the annexed Notice on June 17, 2008 by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

Ramsey Berman, P.C.
222 Ridgedale Avenue
P. O. Box 2249
Morristown, NJ 07962-2249

_____
CATHY SCHAFFER

Sworn to before me June 17, 2008

_____
Notary Public

TATIANA V. ABRAMOV
NOTARY PUBLIC, STATE OF NEW YORK
NO.: 01AB6137152
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES NOVEMBER 14, 2009