

# Berman Sauter Record & Jardim PC

**MEMO ENDORSED**

EDWARD A. BERMAN[1]
KENNETH R. SAUTER
CAROLINE RECORD[2]
THOMAS C. JARDIM[3]
ANDREW R. JACOBS[4]
THOMAS S. DOERR
KAREN WACHS[5]
KATHERINE L. MIKALAINIS
ALYSON E. GALUSHA
JONATHAN I. DORMAN
LORETTA A. CASTROVINCI

OF COUNSEL
ALVIN D. HERSH
JAY A. SOLED[1]
GEORGE A. FISZER[1]
GERALD J. BETZNER
KYLE G. SCHWARTZ[6]

[1] NJ & NY
[2] NJ, NY & DC
[3] NJ, NY & CT
[4] NJ, NY, PA & DC
[5] NJ, PA & DC
[6] NJ & PA

July 29, 2008

VIA FAX (212) 805-6724

Hon. Frank Maas, USMJ
United States District Court for
 The Southern District of New York
500 Pearl Street
New York, New York 10007-1581

Re: Darby v. Gitkind
    07 Civ. 10645 (DLC)(FM)

Dear Judge Mass:

*[Handwritten endorsement: The conference is adjourned to 9/3/08 at 2 pm. /s/ Maas, USMJ, 7/29/08]*

I begin with a profuse apology to the Court for not having made this request for an adjournment of tomorrow's settlement conference earlier. My client had advised me a few weeks ago that he would be out of the country on vacation and I had asked my assistant to make a request for a short (two week) adjournment at that time. Unfortunately I did not realize until this morning when I checked my telephone messages that the Court had called and that the request had not been made.

I personally am willing to appear at the conference but I believe that the conference would be more likely to be productive if my client (the plaintiff) is present. I have called my adversary (with whom I have an excellent working relationship) and asked for his consent to an adjournment but I am told he is in Court. I assume he will consent, but I cannot make any representations until he calls me back.

Once again, I apologize profusely. The mistake was solely mine.

Respectfully submitted,

/s/ Thomas S. Doerr

MORRISTOWN MAILING ADDRESS:
POST OFFICE BOX 2248
MORRISTOWN, NJ 07962
(973) 267-9800
FAX (973) 984-1632
FAX (973) 984-1945 (R.E.)

MORRISTOWN DELIVERY ADDRESS:
222 RIDGEDALE AVENUE
CEDAR KNOLLS, NJ 07927

WALL ADDRESS:
3350 ROUTE 138
BUILDING 2, SUITE 223
WALL, NJ 07719
(732) 280-1355

NEW YORK ADDRESS:
140 BROADWAY
46TH FLOOR
NEW YORK, NY 10005
(212) 208-1436

WEBSITE:
WWW.BSRJLAW.COM

cc: Roger Kunkis, Esq.
    (via fax: 212 564-2841)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08